**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:26-cv-21874-DSL**

KELLYNE PIERRE,

      Plaintiff,

v.

TRANS UNION, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.;
EQUIFAX INFORMATION SERVICES,
LLC; GENERAL MOTORS FINANCIAL
COMPANY, INC.; CAPITAL ONE, N.A.;
CAPITAL ONE AUTO FINANCE, INC.
700CREDIT, LLC, TROPICAL CHEVROLET,
INC.; GLOBAL LENDING SERVICES LLC;
MIAMI SHORES AUTOMOTIVE, LLC;
SANTANDER CONSUMER USA INC.;
and TD AUTO FINANCE LLC,

      Defendants.

_____/

**DEFENDANT TRANS UNION, LLC'S CERTIFICATE**
**OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Trans Union LLC ("Trans Union"), and hereby discloses the following

pursuant to this Court's interested persons order:

1. **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:**

    A.    Kellyne Pierre, Plaintiff

    B.    Eiman Sharmin, Esq. and Eyal S. Eisig, Esq. of Sharmin & Sharmin, P.A., Counsel for Plaintiff

    C.    Equifax Information Services, LLC; Defendant

1

D.      Experian Information Solutions, Inc.; Defendant

E.      General Motors Financial Company, Inc.; Defendant

F.      Capital One, N.A.; Defendant

G.      Capital One Auto Finance, Inc.; Defendant

H.      700Credit, LLC; Defendant

I.      Tropical Chevrolet, Inc.; Defendant

J.      Maimi Shores Automotive, LLC; Defendant

K.      Santander Consumer USA Inc.; Defendant

L.      TD Auto Finance LLC; Defendant

M.      Trans Union, LLC; Defendant

N.      Charlotte Long, Esq. of Trans Union, LLC; Counsel for Defendant Trans Union, LLC

O.      Parent Companies:   Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc.  TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion.  TransUnion is a publicly traded entity on the New York Stock Exchange under the ticker symbol: TRU.  Massachusetts Financial Services Company, a publicly traded entity, owns 10% or more of TransUnion's stock.  No public company directly owns 10% more of the ownership in Trans Union LLC.

2.   **The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

None known at this time.

3.   **The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

None known at this time.

4.   **The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

Other than the parties to this lawsuit, Trans Union is unaware of any alleged victims.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,

/s/ Charlotte Long
Charlotte Long, Esq.
Florida Bar No. 0112517
charlotte.long@transunion.com
Trans Union, LLC
555 W. Adams Street
Chicago, IL  60661
Telephone:  469-578-1464
**Counsel for Defendant Trans Union, LLC**

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the <u>26th</u> day of May, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

/s/ *Charlotte Long*
Charlotte Long, Esq.

4