**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

KELLYNE PIERRE,

      Plaintiff,

v.

TRANS UNION, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.;
EQUIFAX INFORMATION SERVICES,
LLC; GENERAL MOTORS FINANCIAL
COMPANY, INC.; CAPITAL ONE, N.A.;
CAPITAL ONE AUTO FINANCE, INC.;
700CREDIT, LLC; GLOBAL LENDING
SERVICES LLC; SANTANDER
CONSUMER USA INC.; and TD AUTO
FINANCE LLC (now merged into TD BANK,
N.A.),

      Defendants.

Case No. 1:26-cv-21874-DSL

**EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**ANSWER AND AFFIRMATIVE DEFENSES**

      COMES NOW Defendant Experian Information Solutions, Inc. ("Experian"), by and

through its undersigned counsel, and answers Plaintiff Kellyne Pierre's ("Plaintiff") Complaint,

(ECF. No. 1), respectfully stating as follows:

      1.     In response to Paragraph 1 of the Complaint, Experian admits that Plaintiff has

brought an action against it for alleged violations of the Fair Credit Reporting Act. Experian

denies that it has violated the Fair Credit Reporting Act, and further denies that Plaintiff is

entitled to any relief whatsoever from Experian.

**JURISDICTION AND VENUE**

      2.     In response to Paragraph 2 of the Complaint, Experian admits that Plaintiff has

alleged jurisdiction pursuant to 28 U.S.C. § 1331. Experian states that this is a legal conclusion

which is not subject to denial or admission.

3. In response to Paragraph 3 of the Complaint, Experian admits that Plaintiff has alleged supplemental jurisdiction pursuant to 28 U.S.C. § 1367. Experian states that this is a legal conclusion which is not subject to denial or admission.

4. In response to Paragraph 4 of the Complaint, Experian admits Plaintiff alleges personal jurisdiction is proper. Experian states that this is a legal conclusion which is not subject to denial or admission. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 4 of the Complaint

5. In response to Paragraph 5 of the Complaint, Experian admits that Plaintiff has alleged venue is proper pursuant to 28 U.S.C. § 1391. Experian states that this is a legal conclusion which is not subject to denial or admission. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 5 of the Complaint.

### PARTIES

6. In response to Paragraph 6 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

7. In response to Paragraph 7 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

8. In response to Paragraph 8 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained

therein.

9.      In response to Paragraph 9 of the Complaint, Experian admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and, as such, issues consumer reports as defined by 15 U.S.C. § 1681a(d). Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 9 of the Complaint.

10.     In response to Paragraph 10 of the Complaint, Experian admits that it is a Ohio corporation with its principal place of business at 475 Anton Blvd., Costa Mesa, California 92626. Experian further admits that it is qualified to do business and conducts business in the State of Florida. Experian also admits that it issues consumer reports as defined by 15 U.S.C. § 1681a(d). Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 10 of the Complaint.

11.     In response to Paragraph 11 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

12.     In response to Paragraph 12 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

13.     In response to Paragraph 13 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

14. In response to Paragraph 14 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

15. In response to Paragraph 15 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

16. In response to Paragraph 16 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

17. In response to Paragraph 17 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

18. In response to Paragraph 18 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

19. In response to Paragraph 19 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained

therein.

20.     In response to Paragraph 20 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

21.     In response to Paragraph 21 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

22.     In response to Paragraph 22 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

23.     In response to Paragraph 23 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**STATUTORY FRAMEWORK OF THE FAIR CREDIT REPORTING ACT**

24.     In response to Paragraph 24 of the Complaint, Experian admits that the allegations purport to set forth the purpose of the FCRA. Experian states that the FCRA speaks for itself and denies each allegation in Paragraph 24 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 24 of the Complaint.

25.     In response to Paragraph 25 of the Complaint, Experian admits that the allegations

purport to set forth set forth obligations or requirements of 15 U.S.C. § 1681(a)(l). Experian states that 15 U.S.C. § 1681(a)(l) speaks for itself and denies each allegation in Paragraph 25 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 25 of the Complaint.

26. In response to Paragraph 26 of the Complaint, Experian admits that the allegations purport to set forth portions of the Congressional Record. Experian states that Congressional Record and referenced hearing transcript speak for themselves and denies each allegation in Paragraph 26 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 26 of the Complaint.

27. In response to Paragraph 27 of the Complaint, Experian admits that the allegations purport to define a "furnisher of information" pursuant to 15 U.S.C. § 1681s-2. Experian states that 15 U.S.C. § 1681s-2 speaks for itself and denies each allegation in Paragraph 27 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 27 of the Complaint.

28. In response to Paragraph 28 of the Complaint, Experian admits that the allegations purport to set forth set forth obligations or requirements of 15 U.S.C. § 1681. Experian states that 15 U.S.C. § 1681 speaks for itself and denies each allegation in Paragraph 28 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 28 of the Complaint.

29. In response to Paragraph 29 of the Complaint, Experian admits that the allegations purport to set forth set forth obligations or requirements of the Fair and Accurate Credit Transaction Act, Pub L. No. 108-159 (2003) ("FACTA"). Experian states that FACTA speaks for itself and denies each allegation in Paragraph 29 inconsistent therewith. Except as

specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 29 of the Complaint.

30.     In response to Paragraph 30 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

31.     In response to Paragraph 31 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

32.     In response to Paragraph 32 of the Complaint, Experian admits that the allegations purport to set forth obligations or requirements of 15 U.S.C. § 1681c-2. Experian states that 15 U.S.C. § 1681c-2 speaks for itself and denies each allegation in Paragraph 32 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 32 of the Complaint.

33.     In response to Paragraph 33 of the Complaint, Experian admits that the allegations purports to set forth set forth obligations or requirements 12 C.F.R. § 1022.3. Experian states that 12 C.F.R. § 1022.3 speaks for itself and denies each allegation in Paragraph 33 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 33 of the Complaint.

34.     In response to Paragraph 34 of the Complaint, Experian admits that the allegations purport to set forth case law interpreting the FCRA. Experian states that the case law speaks for itself and denies each allegation in Paragraph 34 inconsistent therewith. Except as specifically

admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 34 of the Complaint.

35.     In response to Paragraph 35 of the Complaint, Experian admits that the allegations purport to set forth set forth obligations or requirements of 15 U.S.C. § 1681e(b). Experian states that 15 U.S.C. § 1681e(b) speaks for itself and denies each allegation in Paragraph 35 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 35 of the Complaint.

36.     In response to Paragraph 36 of the Complaint, Experian admits that the allegations purport to set forth requirements or obligations of 15 U.S.C. § 1681i. Experian states that 15 U.S.C. § 1681i speaks for itself and denies each allegation in Paragraph 36 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 36 of the Complaint.

37.     In response to Paragraph 37 of the Complaint, Experian admits that the allegations purport to set forth requirements or obligations of 15 U.S.C. § 1681i. Experian states that 15 U.S.C. § 1681 speaks for itself and denies each allegation in Paragraph 37 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 37 of the Complaint.

38.     In response to Paragraph 38 of the Complaint, Experian admits that the allegations purport to set forth requirements or obligations of 15 U.S.C. § 1681i. Experian states that 15 U.S.C. § 1681i speaks for itself and denies each allegation in Paragraph 38 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 38 of the Complaint.

39.     In response to Paragraph 39 of the Complaint, Experian states that it is without

knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

40.     In response to Paragraph 40 of the Complaint, Experian admits that the allegations purport to set forth obligations or requirements of 15 U.S.C. § 1681o. Experian states that 15 U.S.C. § 1681o speaks for itself and denies each allegation in Paragraph 40 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 40 of the Complaint.

41.     In response to Paragraph 41 of the Complaint, Experian admits that the allegations purport to set forth obligations or requirements of 15 U.S.C. § 1681n. Experian states that 15 U.S.C. § 1681n speaks for itself and denies each allegation in Paragraph 41 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 41 of the Complaint.

42.     In response to Paragraph 42 of the Complaint, Experian admits that the allegations purport to set forth obligations or requirements of 15 U.S.C. § 1681n. Experian states that 15 U.S.C. § 1681n speaks for itself and denies each allegation in Paragraph 42 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 42 of the Complaint.

43.     In response to Paragraph 43 of the Complaint, Experian admits that the allegations purport to set forth obligations or requirements of 15 U.S.C. § 1681o and 15 U.S.C. § 1691n. Experian states that 15 U.S.C. § 1681o and 15 U.S.C. § 1691n speak for themselves and denies each allegation in Paragraph 43 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 43 of the

Complaint.

44.     In response to Paragraph 44 of the Complaint, Experian admits that the allegations purport to set forth obligations ore requirements of 15 U.S.C. § 1681b. Experian states that 15 U.S.C. § 1681b speaks for itself and denies each allegation in Paragraph 44 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 44 of the Complaint.

45.     In response to Paragraph 45 of the Complaint, Experian admits that the allegations purport to set forth obligations or requirements of 15 U.S.C. § 1681b. Experian states that 15 U.S.C. § 1681b speaks for itself and denies each allegation in Paragraph 45 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 45 of the Complaint.

46.     In response to Paragraph 46 of the Complaint, Experian admits that the allegations purport to define a "furnisher of information" pursuant to 15 U.S.C. § 1681s-2 and certain case law. Experian states that 15 U.S.C. § 1681s-2 and the case law speaks for themselves and denies each allegation in Paragraph 46 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 46 of the Complaint.

47.     In response to Paragraph 47 of the Complaint, Experian admits that the allegations purport to set forth obligations or requirements of 15 U.S.C. § 1681e(b). Experian states that 15 U.S.C. § 1681e(b) speaks for itself and denies each allegation in Paragraph 47 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 47 of the Complaint.

48.     In response to Paragraph 48 of the Complaint, Experian admits that the allegations

purport to set forth obligations or requirements of 15 U.S.C. § 1681(a). Experian states that 15 U.S.C. § 1681(a) speaks for itself and denies each allegation in Paragraph 48 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 48 of the Complaint.

49.	In response to Paragraph 49 of the Complaint, Experian admits that the allegations purport to set forth obligations or requirements  of 15 U.S.C. § 1681. Experian states that 15 U.S.C. § 1681 speaks for itself and denies each allegation in Paragraph 49 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 49 of the Complaint.

50.	In response to Paragraph 50 of the Complaint, Experian admits that the allegations purport to set forth obligations or requirements of 15 U.S.C. § 1681. Experian states that 15 U.S.C. § 1681 speaks for itself and denies each allegation in Paragraph 50 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 50 of the Complaint.

51.	In response to Paragraph 51 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

52.	In response to Paragraph 52 of the Complaint, Experian admits that the allegations purport to set forth obligations or requirements of 15 U.S.C. § 1681. Experian states that 15 U.S.C. § 1681 speaks for itself and denies each allegation in Paragraph 52 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 52 of the Complaint.

53.      In response to Paragraph 53 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

54.      In response to Paragraph 54 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

55.      In response to Paragraph 55 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

56.      In response to Paragraph 56 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

57.      In response to Paragraph 57 of the Complaint, Experian admits that the allegations purport to set forth obligations or requirements of 15 U.S.C. § 1681. Experian states that 15 U.S.C. § 1681 speaks for itself and denies each allegation in Paragraph 57 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 57 of the Complaint.

58.      In response to Paragraph 58 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained

therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

59.     In response to Paragraph 59 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

60.     In response to Paragraph 60 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## FACTUAL ALLEGATIONS

61.     In response to Paragraph 61 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

62.     In response to Paragraph 62 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

63.     In response to Paragraph 63 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

64.     In response to Paragraph 64 of the Complaint, Experian states that it is without

knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

65.    In response to Paragraph 65 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

66.    In response to Paragraph 66 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

67.    In response to Paragraph 67 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

68.    In response to Paragraph 68 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

69.    In response to Paragraph 69 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

70. In response to Paragraph 70 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

71. In response to Paragraph 71 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

72. In response to Paragraph 72 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

73. In response to Paragraph 73 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

74. In response to Paragraph 74 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

75. In response to Paragraph 75 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained

therein.

76.     In response to Paragraph 76 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

77.     In response to Paragraph 77 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

78.     In response to Paragraph 78 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

79.     In response to Paragraph 79 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

80.     In response to Paragraph 80 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

81.     In response to Paragraph 81 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained

therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

82.      In response to Paragraph 82 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

83.      In response to Paragraph 83 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

84.      In response to Paragraph 84 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

85.      In response to Paragraph 85 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

86.      In response to Paragraph 86 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

87.      In response to Paragraph 87 of the Complaint, Experian states that it is without

knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

88.    In response to Paragraph 88 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

89.    In response to Paragraph 89 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

90.    In response to Paragraph 90 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

91.    In response to Paragraph 91 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

92.    In response to Paragraph 92 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

93.     In response to Paragraph 93 of the Complaint, Experian admits that the allegations purport to set forth case law regarding Article III standing. Experian states that the case law speaks for itself and denies each allegation in Paragraph 93 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 93 of the Complaint.

94.     In response to Paragraph 94 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein as they relate to Experian.

95.     In response to Paragraph 95 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

96.     In response to Paragraph 96 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

97.     In response to Paragraph 97 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

98.     In response to Paragraph 98 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT I – VIOLATIONS OF 15 U.S.C. § 1681c-2 AGAINST TRANS UNION

99.     In response to Paragraph 99, Experian restates its responses to the foregoing Paragraphs with the same force and effect as if the same were forth at length herein.

100.     In response to Paragraph 100 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

101.     In response to Paragraph 101 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

102.     In response to Paragraph 102 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

103.     In response to Paragraph 103 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

104.     In response to Paragraph 104 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

105.     In response to Paragraph 105 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**COUNT II VIOLATIONS OF 15 U.S.C. § 1681i AGAINST TRANS UNION**

106.     In response to Paragraph 106, Experian restates its responses to the foregoing Paragraphs with the same force and effect as if the same were forth at length herein.

107.     In response to Paragraph 107 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

108.     In response to Paragraph 108 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

109.     In response to Paragraph 109 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

110.     In response to Paragraph 110 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

111.     In response to Paragraph 111 of the Complaint, Experian states that it is without

knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

### COUNT III – VIOLATIONS OF 15 U.S.C § 1681b AGAINST TRANS UNION

112. In response to Paragraph 112, Experian restates its responses to the foregoing Paragraphs with the same force and effect as if the same were forth at length herein.

113. In response to Paragraph 113 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

114. In response to Paragraph 114 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

115. In response to Paragraph 115 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

116. In response to Paragraph 116 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

117. In response to Paragraph 117 of the Complaint, Experian states that it is without

knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

### COUNT IV – VIOLATIONS OF 15 U.S.C. § 1681e(a) AGAINST TRANS UNION

118. In response to Paragraph 118, Experian restates its responses to the foregoing Paragraphs with the same force and effect as if the same were forth at length herein.

119. In response to Paragraph 119 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

120. In response to Paragraph 120 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

121. In response to Paragraph 121 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

122. In response to Paragraph 122 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

123. In response to Paragraph 123 of the Complaint, Experian states that it is without

knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT V – VIOLATIONS OF 15 U.S.C. § 1681e(b) AGAINST TRANS UNION

124.    In response to Paragraph 124, Experian restates its responses to the foregoing Paragraphs with the same force and effect as if the same were forth at length herein.

125.    In response to Paragraph 125 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

126.    In response to Paragraph 126 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

127.    In response to Paragraph 127 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

128.    In response to Paragraph 128 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

129.    In response to Paragraph 129 of the Complaint, Experian states that it is without

knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

### COUNT VI – VIOLATIONS OF 15 U.S.C. § 1681c-2 AGAINST EXPERIAN

130. In response to Paragraph 130, Experian restates its responses to the foregoing Paragraphs with the same force and effect as if the same were forth at length herein.

131. In response to Paragraph 131 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

132. In response to Paragraph 132 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

133. In response to Paragraph 133 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

134. In response to Paragraph 134 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

135. In response to Paragraph 135 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

136. In response to Paragraph 136 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

## COUNT VII – VIOLATIONS OF 15 U.S.C. § 1681i AGAINST EXPERIAN

137.    In response to Paragraph 137, Experian restates its responses to the foregoing Paragraphs with the same force and effect as if the same were forth at length herein.

138.    In response to Paragraph 138 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

139.    In response to Paragraph 139 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

140.    In response to Paragraph 140 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

141.    In response to Paragraph 141 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

142.    In response to Paragraph 142 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

## COUNT VIII – VIOLATIONS OF 15 U.S.C. § 1681b AGAINST EXPERIAN

143.    In response to Paragraph 143, Experian restates its responses to the foregoing Paragraphs with the same force and effect as if the same were forth at length herein.

144.    In response to Paragraph 144 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

145.    In response to Paragraph 145 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

146.    In response to Paragraph 146 of the Complaint, Experian denies, generally and

specifically, each and every allegation contained therein.

147.    In response to Paragraph 147 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

148.    In response to Paragraph 148 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

### COUNT IX – VIOLATIONS OF 15 U.S.C. § 1681e(a) AGAINST EXPERIAN

149.    In response to Paragraph 149, Experian restates its responses to the foregoing Paragraphs with the same force and effect as if the same were forth at length herein.

150.    In response to Paragraph 150 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

151.    In response to Paragraph 151 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

152.    In response to Paragraph 152 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

153.    In response to Paragraph 153 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

154.    In response to Paragraph 154 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

### COUNT X – VIOLATIONS OF 15 U.S.C. § 1681e(b) AGAINST EXPERIAN

155.    In response to Paragraph 155, Experian restates its responses to the foregoing Paragraphs with the same force and effect as if the same were forth at length herein.

156.    In response to Paragraph 156 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

157. In response to Paragraph 157 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

158. In response to Paragraph 158 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

159. In response to Paragraph 159 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

160. In response to Paragraph 160 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

## COUNT XI – VIOLATIONS OF 15 U.S.C. § 1681i AGAINST EQUIFAX

161. In response to Paragraph 161, Experian restates its responses to the foregoing Paragraphs with the same force and effect as if the same were forth at length herein.

162. In response to Paragraph 162 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

163. In response to Paragraph 163 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

164. In response to Paragraph 164 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained

therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

165.    In response to Paragraph 165 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

166.    In response to Paragraph 166 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT XII – VIOLATIONS OF 15 U.S.C. § 1681c-2 AGAINST EQUIFAX

167.    In response to Paragraph 167, Experian restates its responses to the foregoing Paragraphs with the same force and effect as if the same were forth at length herein.

168.    In response to Paragraph 168 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

169.    In response to Paragraph 169 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

170.    In response to Paragraph 170 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained

therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

171.     In response to Paragraph 171 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

172.     In response to Paragraph 172 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

173.     In response to Paragraph 173 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT XIII – VIOLATIONS OF 15 U.S.C. § 1681b AGAINST EQUIFAX

174.     In response to Paragraph 174, Experian restates its responses to the foregoing Paragraphs with the same force and effect as if the same were forth at length herein.

175.     In response to Paragraph 175 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

176.     In response to Paragraph 176 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained

therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

177.    In response to Paragraph 177 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

178.    In response to Paragraph 178 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

179.    In response to Paragraph 179 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

### COUNT XIV – VIOLATIONS OF 15 U.S.C. § 1681e(a) AGAINST EQUIFAX

180.    In response to Paragraph 180, Experian restates its responses to the foregoing Paragraphs with the same force and effect as if the same were forth at length herein.

181.    In response to Paragraph 181 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

182.    In response to Paragraph 182 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained

therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

183. In response to Paragraph 183 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

184. In response to Paragraph 184 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

185. In response to Paragraph 185 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT XV – VIOLATIONS OF 15 U.S.C. § 1681e(b) AGAINST EQUIFAX

186. In response to Paragraph 186, Experian restates its responses to the foregoing Paragraphs with the same force and effect as if the same were forth at length herein.

187. In response to Paragraph 187 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

188. In response to Paragraph 188 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained

therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

189.   In response to Paragraph 189 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

190.   In response to Paragraph 190 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

191.   In response to Paragraph 191 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT XVI – VIOLATIONS OF 15 U.S.C. § 1681b(f) AGAINST GM FINANCIAL

192.   In response to Paragraph 192, Experian restates its responses to the foregoing Paragraphs with the same force and effect as if the same were forth at length herein.

193.   In response to Paragraph 193 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

194.   In response to Paragraph 194 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained

therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

195.    In response to Paragraph 195 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

196.    In response to Paragraph 196 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

197.    In response to Paragraph 197 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT XVII – VIOLATIONS OF 15 U.S.C. § 1681b(f) AGAINST CAPITAL ONE

198.    In response to Paragraph 198, Experian restates its responses to the foregoing Paragraphs with the same force and effect as if the same were forth at length herein.

199.    In response to Paragraph 199 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

200.    In response to Paragraph 200 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained

therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

201.    In response to Paragraph 201 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

202.    In response to Paragraph 202 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

203.    In response to Paragraph 203 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT XVIII – VIOLATIONS OF 15 U.S.C. § 1681b(f)
## AGAINST CAPITAL ONE AUTO

204.    In response to Paragraph 204, Experian restates its responses to the foregoing Paragraphs with the same force and effect as if the same were forth at length herein.

205.    In response to Paragraph 205 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

206.    In response to Paragraph 206 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained

therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

207.  In response to Paragraph 207 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

208.  In response to Paragraph 208 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

209.  In response to Paragraph 209 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT XIX – VIOLATIONS OF 15 U.S.C. § 1681b AGAINST 700CREDIT

210.  In response to Paragraph 210, Experian restates its responses to the foregoing Paragraphs with the same force and effect as if the same were forth at length herein.

211.  In response to Paragraph 211 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

212.  In response to Paragraph 212 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained

therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

213.    In response to Paragraph 213 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

214.    In response to Paragraph 214 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

215.    In response to Paragraph 215 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT XX – VIOLATIONS OF 15 U.S.C. § 1681e(a) AGAINST 700CREDIT

216.    In response to Paragraph 216, Experian restates its responses to the foregoing Paragraphs with the same force and effect as if the same were forth at length herein.

217.    In response to Paragraph 217 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

218.    In response to Paragraph 218 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained

therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

219.    In response to Paragraph 219 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

220.    In response to Paragraph 220 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

221.    In response to Paragraph 221 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT XXI – VIOLATIONS OF 15 U.S.C. § 1681b(f)
## AGAINST TROPICAL CHEVROLET

222.    In response to Paragraph 222, Experian restates its responses to the foregoing Paragraphs with the same force and effect as if the same were forth at length herein.

223.    In response to Paragraph 223 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

224.    In response to Paragraph 224 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained

therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

225.     In response to Paragraph 225 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

226.     In response to Paragraph 226 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

227.     In response to Paragraph 227 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

### COUNT XXII – VIOLATIONS OF 15 U.S.C. § 1681b(f) AGAINST GLS

228.     In response to Paragraph 228, Experian restates its responses to the foregoing Paragraphs with the same force and effect as if the same were forth at length herein.

229.     In response to Paragraph 229 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

230.     In response to Paragraph 230 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained

therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

231.    In response to Paragraph 231 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

232.    In response to Paragraph 232 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

233.    In response to Paragraph 233 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT XXIII – VIOLATIONS OF 15 U.S.C. § 1681b(f)
## AGAINST MIAMI SHORES AUTOMOTIVE

234.    In response to Paragraph 234, Experian restates its responses to the foregoing Paragraphs with the same force and effect as if the same were forth at length herein.

235.    In response to Paragraph 235 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

236.    In response to Paragraph 236 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained

therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

237.    In response to Paragraph 237 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

238.    In response to Paragraph 238 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

239.    In response to Paragraph 239 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

### COUNT XXIV – VIOLATIONS OF 15 U.S.C. § 1681b(f) AGAINST SCU

240.    In response to Paragraph 240, Experian restates its responses to the foregoing Paragraphs with the same force and effect as if the same were forth at length herein.

241.    In response to Paragraph 241 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

242.    In response to Paragraph 242 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained

therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

243.    In response to Paragraph 243 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

244.    In response to Paragraph 244 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

245.    In response to Paragraph 245 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**COUNT XXIV[1] – VIOLATIONS OF 15 U.S.C. § 1681b(f)**
**AGAINST TD AUTO FINANCE**

246.    In response to Paragraph 246, Experian restates its responses to the foregoing Paragraphs with the same force and effect as if the same were forth at length herein.

247.    In response to Paragraph 247 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

---

[1] Plaintiff erroneously includes two "Count XXIV" claims in his Complaint. Experian tracks Plaintiff's incorrect numbering to avoid further confusion.

248.    In response to Paragraph 248 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

249.    In response to Paragraph 249 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

250.    In response to Paragraph 250 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

251.    In response to Paragraph 251 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**JURY DEMAND**

Experian admits that Plaintiff has demanded trial by jury on all issues triable.

**DENIAL**

Further answering each and every Paragraph of the Complaint, Experian denies any and all allegations not specifically admitted above.

**AFFIRMATIVE DEFENSES**

In further response to Plaintiff's Complaint, Experian hereby asserts the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

- 43 -

**FIRST AFFIRMATIVE DEFENSE**
**(STATUTE OF LIMITATIONS)**

Experian is informed and believes and thereon alleges that all claims for relief in the Complaint herein is barred by the applicable statutes of limitations.

**SECOND AFFIRMATIVE DEFENSE**
**(FAILURE TO STATE A CLAIM)**

The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Experian

**THIRD AFFIRMATIVE DEFENSE**
**(TRUTH/ACCURACY OF INFORMATION)**

All claims against Experian is barred because all information Experian communicated to any third person regarding Plaintiff were true.

**FOURTH AFFIRMATIVE DEFENSE**
**(INDEMNIFICATION)**

Experian is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff is the results of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

**FIFTH AFFIRMATIVE DEFENSE**
**(FAILURE TO MITIGATE DAMAGES)**

Plaintiff has failed to mitigate their damages.

**SIXTH AFFIRMATIVE DEFENSE**
**(LACHES)**

The Complaint and each claim for relief therein is barred by laches.

**SEVENTH AFFIRMATIVE DEFENSE**
**(CONTRIBUTORY/COMPARATIVE FAULT)**

Experian is informed and believes and thereon alleges that any alleged damages sustained

by Plaintiff were, at least in part, caused by the actions of Plaintiff themselves and/or third parties and resulted from Plaintiff' or third parties' own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

**EIGHTH AFFIRMATIVE DEFENSE**
**(ESTOPPEL)**

Any damages which Plaintiff may has suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff. Therefore, Plaintiff is estopped and barred from recovery of any damages.

**NINTH AFFIRMATIVE DEFENSE**
**(UNCLEAN HANDS)**

The Complaint and each claim for relief therein that seeks equitable relief is barred by the doctrine of unclean hands.

**TENTH AFFIRMATIVE DEFENSE**
**(INTERVENING CAUSES)**

Experian is informed and believes and thereon alleges that if Plaintiff sustained any of the injuries alleged in the Complaint, there was an intervening, superseding cause and/or causes leading to such alleged injuries and, as such, any action on the part of Experian was not a proximate cause of the alleged injuries.

**ELEVENTH AFFIRMATIVE DEFENSE**
**(PUNITIVE DAMAGES)**

The Complaint does not allege facts sufficient to rise to the level of conduct required to recover punitive damages, and thus all requests for punitive damages is improper. Plaintiff' claims for exemplary or punitive damages violate the Due Process Clause of the Fifth Amendment and the Excessive Fines Clause of the Eighth Amendment.

## TWELFTH AFFIRMATIVE DEFENSE
### (ARBITRATION)

Experian alleges on information and belief that Plaintiff' claims may be the subject of an arbitration agreement between Plaintiff and Experian.

## THIRTEENTH AFFIRMATIVE DEFENSE
### (RIGHT TO ASSERT ADDITIONAL DEFENSES)

Experian reserves the right to answer additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

## PRAYER FOR RELIEF

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

(1)     That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

(2)     For costs of suit and attorneys' fees herein incurred; and

(3)     For such other and further relief as the Court may deem just and proper.

Respectfully submitted this 26 day of May, 2026.

*/s/ Grant Edward Lavelle Schnell*
Grant Edward Lavelle Schnell, Esq.
Florida Bar No. 108109
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Phone: (202) 346-4000
Email: gschnell@goodwinlaw.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*