**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

KELLYNE PIERRE,

        Plaintiff,

v.

        Case No. 1:26-cv-21874-DSL

TRANS UNION, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.;
EQUIFAX INFORMATION SERVICES,
LLC; GENERAL MOTORS FINANCIAL
COMPANY, INC.; CAPITAL ONE, N.A.;
CAPITAL ONE AUTO FINANCE, INC.;
700CREDIT, LLC; GLOBAL LENDING
SERVICES LLC; SANTANDER
CONSUMER USA INC.; and TD AUTO
FINANCE LLC (now merged into TD BANK,
N.A.),

        Defendants.

**EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Defendant Experian Information Solutions, Inc. hereby discloses the following:

1.     **The name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:**

    (a)    Kellyne Pierre (Plaintiff);

    (b)    Eiman Sharmin, Esq., Eyal Steven Eisig, Esq., and Sharmin & Sharmin P.A. (Counsel for Plaintiff);

    (c)    Trans Union, LLC (Defendant);

    (d)    Charlotte Ann Long, Esq. and Trans Union, LLC (Counsel for Trans Union);

    (e)    Equifax Information Services, LLC (Defendant);

(f)      General Motors Financial Company, Inc. (Defendant);

(g)      Capital One, N.A. (Defendant);

(h)      Capital One Auto Finance, Inc. (Defendant);

(i)      700Credit, LLC (Defendant);

(j)      Global Lending Services, LLC (Defendant);

(k)      Robert Carter Burgess, Esq., Daniel James Pasky, Esq., and Holland & Knight, LLP (Counsel for Global Lending Services);

(l)      Santander Consumer USA Inc. (Defendant);

(m)      TD Auto Finance LLC (Defendant);

(n)      Jason Richard Bowyer, Esq., and McGuireWoods LLP (Counsel for TD Auto Finance);

(o)      Experian Information Solutions, Inc. ("Experian") (Defendant);

(p)      Grant Edward Lavelle Schnell, Esq. and Goodwin Procter LLP (Counsel for Experian);

(q)      Experian plc, 100% Corporate Parent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange;

(r)      Central Source LLC, Subsidiary (not wholly owned) of Experian plc;

(s)      Online Data Exchange LLC, Subsidiary (not wholly owned) of Experian plc;

(t)      New Management Services LLC, Subsidiary (not wholly owned) of Experian plc;

(u)      VantageScore Solutions LLC, Subsidiary (not wholly owned) of Experian plc; and

(v)      Opt-Out Services LLC, Subsidiary (not wholly owned) of Experian plc.

2.      **The name of every other entity with publicly-traded stock, equity, or debt that may be affected by the outcome of the proceedings:**

None known to Experian at this time.

3.      **The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

None known to Experian at this time.

- 3 -

**4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:**

Kellyne Pierre, Plaintiff.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted this 26th day of May, 2026.

 */s/ Grant Edward Lavelle Schnell*
Grant Edward Lavelle Schnell, Esq.
Florida Bar No. 108109
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Phone: (202) 346-4000
Email: gschnell@goodwinlaw.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

- 3 -