UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

CASE NO.: 1:26-CV-21874

KELLYNE PIERRE,

    Plaintiff,

v.

TRANS UNION, LLC, *et al.*,

    Defendants.

_____/

## CAPITAL ONE, N.A. AND CAPITAL ONE AUTO FINANCE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT

Defendants Capital One, N.A. ("Capital One") and Capital One Auto Finance, a division of Capital One, N.A. ("COAF") (collectively, "Defendants") by and through undersigned counsel, hereby file this Unopposed Motion for Extension of Time to Respond to Plaintiff Kellyne Pierre's ("Plaintiff") Complaint and in support thereof, state as follows:

1.    Defendants' respective responses to Plaintiff's Complaint are currently due May 26, 2026.

2.    Defendants require a short extension of time to finalize their investigation of Plaintiff's allegations and prepare appropriate responses.

3.    Rule 6(b) provides that the Court has discretion to grant an extension at any time upon a showing of good cause. Fed. R. Civ. P. 6(b). Good cause exists here

because undersigned counsel is diligently attempting to assess Plaintiff's claims and prepare responses but has not yet been able to obtain all documentation necessary to do so.

4.      Pursuant to Local Rule 7.1(a)(3), counsel for Defendants has conferred with Plaintiff's counsel, and he has consented to a ten (10) day extension of time for Defendants to answer or otherwise respond to the Complaint, up to and including June 5, 2026.

5.      Therefore, Defendants respectfully request additional time through and including June 5, 2026, to respond to the Complaint.

6.      This extension is not requested for purposes of undue delay or prejudice or any other improper purpose.

Wherefore, Defendants Capital One, N.A. and Capital One Auto Finance, a division of Capital One, N.A. respectfully request this Court enter an order extending their responsive pleading deadlines up to and including **June 5, 2026.**

68152332 v1

Respectfully submitted this 26th day of May, 2026,

/s/ Ellen T. Mathews
Rachel B. Cash (Florida Bar: 114052)
Ellen T. Mathews (Florida Bar: 122217)
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 244-5646
Email: rcash@burr.com
Email: emathews@burr.com
Secondary: jcarlin@burr.com

*Counsel for Defendants Capital One, N.A. and Capital One Auto Finance, a division of Capital One, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26th, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Ellen T. Mathews
OF COUNSEL

68152332 v1