UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

CASE NO.: 1:26-CV-21874

KELLYNE PIERRE,

    Plaintiff,

v.

TRANS UNION, LLC, *et al.*,

    Defendants.

_____/

## DISCLOSURE STATEMENT PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendants CAPITAL ONE, N.A. and CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A., make the following disclosure(s).

1. **If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:**

   Capital One Auto Finance is a division of Capital One, N.A. Capital One, N.A. is a wholly-owned subsidiary of Capital One Financial Corporation. No other publicly held corporation owns 10% or more of Capital One, N.A.'s stock. Capital One Financial Corporation is a publicly traded company [NYSE: COF] that has no parent corporation, and no publicly held corporation owns 10% or more of its corporate stock.

2. **If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify**

68151307 v1

**the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]**

Not applicable.

3. **Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:**

- Capital One, N.A., Defendant
- Capital One Auto Finance, a division of Capital One, N.A., Defendant
- Burr & Forman LLP, Rachel B. Cash, Esq., and Ellen T. Mathews, Esq., counsel for Capital One Auto Finance, a division of Capital One, N.A. and Capital One, N.A.
- Kellyne Pierre, Plaintiff
- Sharmin & Sharmin P.A. and Eyal S. Eisig, Esq., counsel for Plaintiff
- Trans Union, LLC, Defendant
- Charlotte Long, Esq., counsel for Defendant Trans Union, LLC
- Experian Information Solutions, Inc., Defendant
- Goodwin Procter LLP and Grant Edward Lavelle Schnell, counsel for Defendant Experian Information Solutions, Inc,
- Equifax Information Services LLC, Defendant
- Seyfarth Shaw, LLP and Ritika Singh, counsel for Defendant Equifax Information Services LLC
- General Motors Finance Company, Inc., Defendant
- 700Credit, LLC, Defendant
- Global Lending Services LLC, Defendant
- Holland & Knight LLP, Robert Carter Burgess, and Daniel J. Pasky, counsel for Defendant Global Lending Services LLC
- Santander Consumer Inc., Defendant

4. **Identify each entity with publicly traded shares or debt potentially affected by the outcome:**

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be.  See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

- Capital One Financial Corporation

5. **Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:**

None known at this time.

6. **Identify each person arguably eligible for restitution:**

None known at this time.

☒ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

DATED: May 26, 2026.

Respectfully submitted,
*/s/ Ellen T. Mathews*
Rachel B. Cash (Florida Bar: 114052)
Ellen T. Mathews (Florida Bar: 122217)
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 244-5646
Email: rcash@burr.com
Email: emathews@burr.com
Secondary: jcarlin@burr.com

*Counsel for Defendants Capital One, N.A. and Capital One Auto Finance, a division of Capital One, N.A.*

68151307 v1

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 26th, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Ellen T. Mathews*
OF COUNSEL

68151307 v1

4