**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**KELLYNE PIERRE,**

                                        CASE NO.: 1:26-cv-21874

        *Plaintiff,*

v.

**TRANS UNION, LLC, EXPERIAN**
**INFORMATION SOLUTIONS, INC., EQUIFAX**
**INFORMATION SERVICES LLC, GENERAL**
**MOTORS FINANCIAL COMPANY, INC.,**
**CAPITAL ONE, N.A., CAPITAL ONE AUTO**
**FINANCE, INC., 700CREDIT, GLOBAL**
**LENDING SERVICES LLC, and SANTANDER**
**CONSUMER USA INC.,**

        *Defendants.*

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF**
**ALL CLAIMS AGAINST DEFENDANT GENERAL MOTORS FINANCIAL COMPANY,**
**INC.**

        Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby

files this Notice of Voluntary Dismissal and dismisses without prejudice all claims against

Defendant General Motors Financial Company, Inc.

        Defendant General Motors Financial Company, Inc., has not been served with process, and

no answer or motion for summary judgment has been filed. Accordingly, this dismissal is effective

upon filing.

Dated: May 27, 2026

                                Respectfully Submitted,

                                **SHARMIN & SHARMIN, P.A.**
                                830 North Federal Highway

Lake Worth Beach, FL 33460
Telephone (561) 655-3925
Fax: 561-202-9041

**/s/ *Eyal Eisig***
Eyal Eisig, Esq.
Florida Bar No. 109438
Email: eyal@sharminlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 27, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and/ or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth Beach, FL 33460
Telephone (561) 296-9109
Fax: 844-921-1022
Email: eyal@sharminlaw.com
**/s/ *Eyal Eisig***
Eyal Eisig, Esq.
Florida Bar No. 109438
*Attorneys for Plaintiff*