UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-21874-LEIBOWITZ

KELLYNE PIERRE,

 *Plaintiff,*

v.

TRANS UNION, LLC, *et al.*,

 *Defendants.*

_____/

## ORDER

**THIS CAUSE** is before the Court on the motions to dismiss filed by Defendants Santander Consumer USA Inc. and Global Lending Services LLC ("the Motions") [ECF Nos. 34, 35]. On April 1, 2026, the Court entered its Order in Cases with Multiple Defendants ("the Multiple Defendants Order"). [ECF No. 10]. In the Multiple Defendants Order, the Court directed the parties to file motions and responses jointly or else seek leave of Court to file such papers separately. [*Id.* at 1]. The Motions fail to comply with the Multiple Defendants Order.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motions [ECF Nos. 34, 35] are **STRICKEN**. Defendants Santander Consumer USA Inc. and Global Lending Services LLC may seek leave to file renewed motions to dismiss individually no later than June 10, 2026.

**DONE AND ORDERED** in the Southern District of Florida on May 28, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record