UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-21874-LEIBOWITZ

KELLYNE PIERRE,

     *Plaintiff,*

v.

TRANS UNION, LLC,

     *Defendant.*

_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal without Prejudice of All Claims Against Defendant General Motors Financial Company, Inc. [ECF No. 41], filed on May 27, 2026.  Being fully advised, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED** *without prejudice* as to Defendant General Motors Financial Company, Inc. only.  Each party shall bear its own attorneys' fees and costs.

**DONE AND ORDERED** in the Southern District of Florida on May 29, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record