**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 1:26-cv-21874-DSL

KELLYNE PIERRE,

   Plaintiff,

 v.

TRANS UNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES
LLC, GENERAL MOTORS FINANCIAL
COMPANY, INC., CAPITAL ONE,
N.A., CAPITAL ONE AUTO FINANCE,
INC., 700CREDIT, LLC, TROPICAL
CHEVROLET, INC., GLOBAL
LENDING SERVICES LLC, MIAMI
SHORES AUTOMOTIVE, LLC,
SANTANDER CONSUMER USA INC.,
and TD AUTO FINANCE LLC (NOW
MERGED INTO TD BANK, N.A.),

   Defendants.

**DEFENDANT 700 CREDIT, LLC'S DISCLOSURE STATEMENT PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant 700 Credit, LLC files

the following disclosure statement: 700 Credit, LLC is a wholly owned subsidiary of Open

Dealer Exchange, LLC (the parent company), a for-profit corporation organized under the

laws of the State of Delaware. Open Dealer Exchange, LLC is owned jointly by CDK

Global Inc. and The Reynolds and Reynolds Company, both organized under the laws of

the State of Delaware, each with a 50% ownership share.

- 2 -

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309-4528
(404) 815-6022
plewton@ktslaw.com

*/s/ Parker A. Lewton*
Parker A. Lewton
Florida Bar No. 1002490

*Counsel For Defendant 700 Credit, LLC*

- 3 -

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF on June 3, 2026.


*/s/ Parker A. Lewton*
Parker A. Lewton

- 3 -