**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**KELLYNE PIERRE,**

*Plaintiff*

**v.**

                            **Case Number: 1:26-cv-21874-DSL**

**TRANS UNION, LLC, et al.**

*Defendants,*

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT SANTANDER CONSUMER USA INC.

IT IS HEREBY STIPULATED AND AGREED that Plaintiff, Kellyne Pierre and Defendant, Santander Consumer USA Inc. have resolved the claims between them. All Parties, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal with Prejudice. Plaintiff and Santander Consumer USA Inc. shall each bear their own attorneys' fees and costs.

Dated: June 4, 2026

*Respectfully submitted,*

| | |
|---|---|
| **SHARMIN & SHARMIN, P.A.** | **HOLLAND & KNIGHT LLP** |
| 830 North Federal Highway | 50 North Laura Street, Suite 3900 |
| Lake Worth, FL 33460 | Jacksonville, FL, 32202 |
| Telephone: 561-655-3925 | Telephone: (904) 353-2000 |
| Fax: 844-921-1022 | |
| | /s/ *Daniel James Pasky* |
| /s/ *Eyal S. Eisig* | Daniel James Pasky, Esq. |
| Eyal S. Eisig, Esq. | FBN: 56727 |
| FBN: 109438 | Email: daniel.pasky@hklaw.com |
| Email: eyal@sharminlaw.com | *Attorney for Defendant Santander Consumer* |
| *Counsel for Plaintiff* | *USA Inc. and Global Lending Services LLC* |

**GOODWIN PROCTER LLP**
1900 N Street NW
Washington, DC, 20036
Telephone: (404) 581-8023

*/s/ Grant E. Schnell*
Grant E. Schnell, Esq.
FBN: 108109
Email: gschnell@goodwinlaw.com
*Attorney for Defendant Experian Information Solutions, Inc.*

**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500

*/s/ Parker A. Lewton*
Parker A. Lewton Esq.
FBN: 1002490
Email: plewton@ktslaw.com
*Attorney for Defendant 700Credit, LLC*

**TRANS UNION, LLC**
555 W. Adams Street
Chicago, IL 60661
Telephone: (469) 578-1464

*/s/ Charlotte Long*
Charlotte Long, Esq.
FBN: 0112517
Email: Charlotte.Long@transunion.com
*Attorney for Defendant Trans Union, LLC*

**BURR & FORMAN LLP**
420 North 20th Street, Suite 3400
Birmingham, AL, 35203
Telephone: (205) 251-3000

*/s/ Ellen T. Mathews*
Ellen T. Mathews, Esq.
FBN: 122271
Email: emathews@burr.com
*Attorney for Defendant Capital One, N.A and Capital One Auto Finance, Inc.*