## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## Miami Division

**KELLYNE PIERRE,**
    *Plaintiff*

**v.**

**TRANS UNION, LLC, et al.**

**Case Number: 1:26-cv-21874-DSL**

        *Defendants,*

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

IT IS HEREBY STIPULATED AND AGREED that Plaintiff, Kellyne Pierre and Defendant, Equifax Information Services, LLC (Equifax) have resolved the claims between them. All Parties, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal with Prejudice. Plaintiff and Equifax shall each bear their own attorneys' fees and costs.

Dated: June 4, 2026

        *Respectfully submitted,*

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth, FL 33460
Telephone: 561-655-3925
Fax: 844-921-1022

*/s/ Eyal S. Eisig*
*Eyal S. Eisig, Esq.*
FBN: 109438
Email: eyal@sharminlaw.com
*Counsel for Plaintiff*

**GOODWIN PROCTER LLP**
1900 N Street NW
Washington, DC, 20036
Telephone: (404) 581-8023

*/s/ Grant E. Schnell*
Grant E. Schnell, Esq.
FBN: 108109
Email: gschnell@goodwinlaw.com
*Attorney for Defendant Experian Information Solutions, Inc.*

**MCGUIRE WOODS**
50 North Laura Street, Suite 3300
Jacksonville, FL, 32202
Telephone: (904) 798-3200

*/s/Jason R. Bowyer*
Jason R. Bowyer, Esq.
FBN: 0693731
Email: jbowyer@mcguirewoods.com
*Attorney for Defendant TD Auto Finance LLC (now merged into TD Bank, N.A.)*

**TRANS UNION, LLC**
555 W. Adams Street
Chicago, IL, 60661
Telephone: (469) 578-1464

/s/ Charlotte Long
Charlotte Long, Esq.
FBN: 0112517
Email:
Charlotte.Long@transunion.com
*Attorney for Defendant Trans Union, LLC*

**SEYFARTH SHAW LLP**
2323 Ross Ave. Suite 1660
Dallas, TX, 75201
Telephone: (469) 608-6763

*/s/Ritika Singh*
Ritika Singh, Esq.
FBN: 1016708
Email: risingh@seyfarth.com
*Attorney for Defendant Equifax Information Services LLC*

**BURR & FORMAN LLP**
420 N. 20th Street, Suite 3400
Birmingham, AL, 35203
Telephone: (205) 251-3000

*/s/ Rachel B. Cash*
Rachel B. Cash, Esq.
FBN: 0013564
Email: rcash@burr.com
*Attorney for Defendant Capital One, N.A*

**BURR & FORMAN LLP**
420 N. 20th Street, Suite 3400
Birmingham, AL, 35203
Telephone: (205) 251-3000

*/s/ Rachel B. Cash*
Rachel B. Cash, Esq.
FBN: 0013564
Email: rcash@burr.com
*Attorney for Defendant Capital One Auto Finance, Inc.*

**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500

*/s/ Parker A. Lewton*
Parker A. Lewton, Esq.
FBN: 1002490
Email: plewton@ktslaw.com
*Attorney for Defendant 700Credit, LLC*

**HOLLAND & KNIGHT LLP**
50 North Laura St., Suite 3900
Jacksonville, FL 32202Telephone: (904)353-2000

/s/ Daniel J. Pasky
Daniel J. Pasky, Esq.
FBN: 56727 Email:
Daniel.Pasky@hklaw.com
*Attorney for Defendant Global Lending   Services LLC and Santander Consumer USA, Inc.*