UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-21874-LEIBOWITZ

KELLYNE PIERRE,

     *Plaintiff,*

v.

TRANS UNION, LLC, *et al.,*

     *Defendants.*

_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant 700 Credit, LLC's Motion To Dismiss Complaint ("the Motion") [ECF No. 44]. On April 1, 2026, the Court entered its Order in Cases with Multiple Defendants ("the Multiple Defendants Order"). [ECF No. 10]. In the Multiple Defendants Order, the Court directed the parties to file motions and responses jointly or else seek leave of Court to file such papers separately. [*Id.* at 1]. The Motion failed to comply with the Multiple Defendants Order.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion [ECF No. 44] is **STRICKEN**. Defendant 700 Credit, LLC, may seek leave to file a renewed motion to dismiss individually <u>no later than June 12, 2026</u>.

**DONE AND ORDERED** in the Southern District of Florida on June 5, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record