UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

CASE NO.: 1:26-CV-21874

KELLYNE PIERRE,

    Plaintiff,

v.

TRANS UNION, LLC, *et al.*,

    Defendants.

_____/

## CAPITAL ONE, N.A. AND CAPITAL ONE AUTO FINANCE'S MOTION FOR LEAVE TO FILE SEPARATE MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants Capital One, N.A. ("Capital One") and Capital One Auto Finance, a division of Capital One, N.A. ("COAF") (collectively, "the Capital One Defendants") by and through undersigned counsel, hereby move pursuant to this Court's Order in Cases with Multiple Defendants entered April 1, 2026 (Doc. 10) for leave to file a separate, joint motion to dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). In support, Defendants respectfully state as follows:

1. The Capital One Defendants are currently due to respond to Plaintiff's Complaint by June 5, 2025. (Doc. 40.)

2. As of today's date, the Capital One Defendants are the only remaining defendants seeking to pursue a motion to dismiss Plaintiff's claims pursuant to Rule

12(b)(6). Specifically:

- Defendants Trans Union, LLC and Experian Information Solutions, Inc. each filed an answer on May 26, 2026. (Docs. 32, 36.)

- Defendants General Motors Financial Company, Inc., Tropical Chevrolet, Inc., Miami Shores Automotive, LLC, and TD Auto Finance LLC have all been dismissed from this case. (Docs. 22, 31, 43.)

- Stipulations of dismissal were filed as to defendants Global Lending Services, LLC, Santander Consumer USA, Inc., and Equifax Information Services, LLC, on June 4, 2026. (Docs. 46-48.)

- Defendant 700 Credit, LLC has advised the undersigned that Plaintiff and 700 Credit, LLC reached an agreement to resolve this matter, with a dismissal expected to be filed within the next week.

3.     Accordingly, because they are the only remaining defendants procedurally entitled to or interested in filing a motion to dismiss, the Capital One Defendants respectfully seek leave to file a separate, joint motion to dismiss the claims against them.

4.     In an effort to comply with their current responsive pleading deadline, the Capital One Defendants are filing their Motion to Dismiss simultaneously herewith.

WHEREFORE, for the foregoing reasons, the Capital One Defendants respectfully request that the Court grant them leave and accept as proper the Capital

68563600 v1

One Defendants' separate, join motion to dismiss Plaintiff's claims filed as of today's date.

Respectfully submitted this 5th day of June, 2026,

*/s/ Rachel B. Cash*
Rachel B. Cash (Florida Bar: 114052)
Ellen T. Mathews (Florida Bar: 122217)
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 244-5646
Email: rcash@burr.com
Email: emathews@burr.com
Secondary: jcarlin@burr.com

*Counsel for Defendants Capital One, N.A. and Capital One Auto Finance, a division of Capital One, N.A.*

68563600 v1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

_/s/ Rachel B. Cash_
OF COUNSEL

68563600 v1