**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-21874-LEIBOWITZ**

**KELLYNE PIERRE,**

     *Plaintiff,*

v.

**TRANS UNION, LLC,**

     *Defendant.*

_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Joint Stipulations of Dismissal with Defendants Global Lending Services LLC, Santander Consumer USA Inc., and Equifax Information Services LLC [ECF Nos. 46, 47, and 48, respectively]. Being fully advised, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice* as to Defendants Global Lending Services LLC, Santander Consumer USA Inc., and Equifax Information Services LLC only. Each party shall bear its own attorneys' fees and costs.

     **DONE AND ORDERED** in the Southern District of Florida on June 8, 2026.

_____
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record