**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**KELLYNE PIERRE,**

    *Plaintiff*

**v.**

                                      **Case Number: 1:26-cv-21874-DSL**

**TRANS UNION, LLC, et al.**

    *Defendants,*

_____/

## JOIN STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT 700CREDIT, LLC

IT IS HEREBY STIPULATED AND AGREED that Plaintiff, Kellyne Pierre and Defendant, 700Credit, LLC have resolved the claims between them. All Parties, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal with Prejudice. Plaintiff and 700Credit, LLC shall each bear their own attorneys' fees and costs.

Dated: June 9, 2026

                            *Respectfully submitted,*

| | |
|---|---|
| **SHARMIN & SHARMIN, P.A.** | **KILPATRICK TOWNSEND &** |
| 830 North Federal Highway | **STOCKTON LLP** |
| Lake Worth, FL 33460 | 1100 Peachtree Street NE, Suite 2800 |
| Telephone: 561-655-3925 | Atlanta, GA, 30309 |
| Fax: 844-921-1022 | Telephone: (404) 815-6500 |
| | |
| */s/ Eyal S. Eisig* | /s/ *Parker A. Lewton* |
| Eyal S. Eisig, Esq. | Parker A. Lewton, Esq. |
| FBN: 109438 | FBN: 1002490 |
| Email: eyal@sharminlaw.com | Email: plewton@ktslaw.com |
| | *Attorney for Defendant 700Credit, LLC* |
| *Counsel for Plaintiff* | |

**GOODWIN PROCTER LLP**
1221 Peachtree Street N.E., Suite 400
Atlanta, GA, 30361
Telephone: (404) 581-8023

*/s/ Grant E. Schnell*
Grant E. Schnell, Esq.
FBN: 108109
Email: gschnell@goodwinlaw.com
*Attorney for Defendant Experian Information Solutions, Inc.*

**BURR & FORMAN LLP**
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000

*/s/ Ellen T. Mathews*
Ellen T. Mathews Esq.
FBN: 122271
Email: emathews@burr.com
*Attorney for Defendant Capital One, N.A*

**TRANS UNION, LLC**
555 W. Adams Street
Chicago, IL, 60661
Telephone: (469) 578-1464

*/s/Charlotte Long*
Charlotte Long, Esq.
FBN: 0112517
Email: Charlotte.Long@transunion.com
*Attorney for Defendant Trans Union, LLC*

**BURR & FORMAN LLP**
420 North 20th Street, Suite 3400
Birmingham, AL, 35203
Telephone: (205) 251-3000

*/s/ Ellen T. Mathews*
Ellen T. Mathews, Esq.
FBN: 122271
Email: emathews@burr.com
*Attorney for Defendant Capital One Auto Finance, Inc.*