**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-21874-LEIBOWITZ**

**KELLYNE PIERRE,**

     *Plaintiff,*

v.

**TRANS UNION, LLC,** *et al.,*

     *Defendants.*

_____/

**<u>ORDER</u>**

     **THIS CAUSE** is before the Court on Plaintiff's Joint Stipulations of Dismissal with Prejudice as to Defendant 700Credit, LLC [ECF No. 54].  Being fully advised, it is hereby  **ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice* as to Defendant 700Credit, LLC only. Each party shall bear its own attorneys' fees and costs.  This case shall remain **OPEN**.

     **DONE AND ORDERED** in the Southern District of Florida on June 11, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record