# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:26-cv-21874-LEIBOWITZ

**KELLYNE PIERRE**,

*Plaintiff,*

v.

**Trans Union, LLC, *et al.*,**

*Defendants.*

_____/

### NOTICE SETTING STATUS CONFERENCE

PLEASE TAKE NOTICE that a status conference is scheduled for this case on **Tuesday, July 28, 2026, at 2:00 p.m.**  Absent good cause, counsel of record for the remaining parties in this action must attend <u>in person</u> at Courtroom 12-3, Wilkie D. Ferguson, Jr. Courthouse, 400 N. Miami Ave., Miami, Florida 33128.

The cases below will be called at the status conference:

*Fairclough v. Molina, et al.*, No. 4:25-cv-10063-DSL
*Arias v. Progressive Am. Ins. Co.*, 1:25-cv-24372-DSL
*Guevara v. Caloosa Cove Resort Owners Assoc., Inc.*, 4:25-cv-10092-DSL
*Barack v. Solution Based Corp.*, 1:25-cv-25223-DSL
*Howard v. Rockhouse Live Clearwater, LLC, et al.*, No. 4:25-cv-10102-DSL
*Hillis v. Princess Cruise Lines, Ltd.*, No. 1:25-cv-25881-DSL
*Brambilla v. Princess Cruise Lines, Ltd.*, No. 1:25-cv-25892-DSL
*Williams v. Trans Union LLC*, No. 1:26-cv-20083-DSL
*Velez v. Euromarket Designs, Inc.*, No. 0:26-cv-60632-DSL
*Morales v. City of Homestead, et al.*, No. 1:26-cv-21881-DSL
*Cohan v. Jays Steakhouse FTL, LLC*, 0:25-cv-62485-DSL
*Pierre v. Trans Union, LLC, et al.*, 1:26-cv-21874-DSL
*Rosario v. LexisNexis Risk Sols., Inc.*, 1:26-cv-20305-DSL
*Beeh v. Experian Info. Solss, Inc., et al.*, 2:26-cv-14075-DSL
*Wang v. Costco Wholesale Corp., et al.*, 0:26-cv-60715-DSL
*Wheeler v. MSC Cruises, S.A.*, 0:25-cv-60384-DSL

Accordingly, it is hereby **ORDERED** as follows:

1. The parties (unless *pro se*) are **not** personally required to appear. *Pro se* parties must appear.

2. If the parties settle before the conference date, they shall promptly file a notice on the docket informing the Court of the settlement.

3. Plaintiff's counsel must appear with the entire case file at hand. **If any of the Defendants have not yet appeared, then Plaintiff must serve a copy of this Order on any such Defendant within two (2) business days of this Order.**

4. Counsel are **ORDERED** to confer with opposing counsel beforehand to confirm mutual attendance.

5. *The Clerk* shall docket this order <u>only in this case</u>.  Orders will be individually filed in the other cases.

**DONE AND ORDERED** in the Southern District of Florida on June 15, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record