**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**KELLYNE PIERRE,**

*Plaintiff*

**v.**

**Case Number: 1:26-cv-21874-DSL**

**TRANS UNION, LLC, et al.**

*Defendants,*

_____/

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS CAPITAL ONE, N.A. AND CAPITAL ONE AUTO FINANCE, INC.

IT IS HEREBY STIPULATED AND AGREED that Plaintiff, Kellyne Pierre and Defendants Capital One, N.A. and Capital One Auto Finance, a division of Capital One, N.A., incorrectly named in the Complaint as Capital One Auto Finance, Inc. have resolved the claims between them. All Parties, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal without Prejudice. Plaintiff and Capital One, N.A. and Capital One Auto Finance, Inc. shall each bear their own attorneys' fees and costs.

Dated: June 19, 2026

*Respectfully submitted,*

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth, FL 33460
Telephone: 561-655-3925
Fax: 844-921-1022

*/s/ Eyal S. Eisig*
Eyal S. Eisig, Esq.
FBN: 109438
Email: eyal@sharminlaw.com

**BURR & FORMAN LLP**
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000

*/s/ Ellen T. Mathews*
Ellen T. Mathews Esq.
FBN: 122271
Email: emathews@burr.com

*Counsel for Plaintiff*                                  *Attorney for Defendant Capital One, N.A. and*
                                                         *Capital One Auto Finance, Inc.*


**GOODWIN PROCTER LLP**                                  **TRANS UNION, LLC**
1221 Peachtree Street N.E., Suite 400                    555 W. Adams Street
Atlanta, GA, 30361                                       Chicago, IL, 60661
Telephone: (404) 581-8023                                Telephone: (469) 578-1464

*/s/ Grant E. Schnell*                                   */s/Charlotte Long*
Grant E. Schnell, Esq.                                   Charlotte Long, Esq.
FBN: 108109                                              FBN: 0112517
Email: gschnell@goodwinlaw.com                           Email: Charlotte.Long@transunion.com
*Attorney for Defendant Experian Information*            *Attorney for Defendant Trans Union, LLC*
*Solutions, Inc.*