UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-21874-LEIBOWITZ

KELLYNE PIERRE,

    *Plaintiff,*

v.

TRANS UNION, LLC, *et al.,*

    *Defendants.*

_____/

## ORDER

**THIS CAUSE** is before the Court on the parties' Joint Stipulation Of Dismissal Without Prejudice As To Defendants Capital One, N.A. And Capital One Auto Finance, Inc. [ECF No. 59]. Being fully advised, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED** *without prejudice* as to Defendants Capital One, N.A. and Capital One Auto Finance, Inc. only. Defendants Capital One, N.A. and Capital One Auto Finance, Inc.'s Motion to Dismiss [ECF No. 51] is **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on June 23, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record